## (February 9, 1982)

■ ROBERT W. KAHN et al., Appellants, v WILLIAM S. FRIEDLANDER, Respondent. — Motion to dismiss appeal taken from order of Special Term dated October 7, 1981 and entered October 9, 1981 granted, without costs. Since such order necessarily affects the final judgment which dismissed the complaint (see CPLR 5501, subd [a]), the earlier order merges with the final judgment (*Matter of Hart v Bronstein*, 43 AD2d 936), and review of the earlier order can only be had on direct appeal from the final judgment (*Chase Manhattan Bank, N. A. v Roberts & Roberts*, 63 AD2d 566; *Dayon v Downe Communications*, 42 AD2d 889). Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT J. MASELLI, Petitioner, v EUGENE LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for a writ of habeas corpus denied, without costs, upon the ground that habeas corpus may not be used as a substitute for an appeal (*People ex rel. Keitt v McMann*, 18 NY2d 257). Application for poor person status denied, without costs, as academic. Sweeney, J. P., Kane, Main, Casey and Mikoll, JJ., concur.

## (February 10, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ANN COOPER, Appellant. — Motion for permission to proceed as a poor person granted. The appeal may be perfected in accordance with section 800.14 of the Rules of Practice (22 NYCRR 900.13). J. Lawrence Dolan, Esq., 112 State Street, Albany, assigned to represent appellant upon this appeal pursuant to section 722 of the County Law. The County Clerk of Albany County is directed to furnish to appellant's counsel one copy of the transcripts of the stenographic minutes of all proceedings in the matter, except those portions which appellant's counsel or the criminal court determine are unnecessary for perfection of the appeal, and to forward the other copy to the clerk of this court pursuant to subdivision (c) of section 800.4 of the Rules of Practice. Mahoney, P. J., Sweeney, Main, Yesawich, Jr., and Levine, JJ., concur.